UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROSSY ESTEPHANY POLANCO
ESTRELLA, JUANA RAMOS CABRERA,
and JOCELYN RODRIQUEZ PENA,

                   Plaintiffs,

  -against-

HOLLYWOOD MANAGEMENT LLC, MIKE
DOE, and PRINCE DOE,

                   Defendants.
-----------------------------------------------------------------X

**MEMORANDUM AND ORDER**

22-CV-04444 (MKB)(SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On April 21, 2023, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.*, Plaintiffs Rossy Estephany Polanco Estrella, Juana Ramos Cabrera, and Jocelyn Rodriquez Pena submitted a motion seeking approval of a Settlement Agreement and Release of Claims (the "Settlement Agreement").[1]  *See* DE [19].  Defendants Hollywood Management LLC, Mike Doe and Prince Doe consented to Plaintiffs' motion.  On June 1, 2023, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  *See* DE [22].

Having reviewed the submissions in support of Plaintiffs' application, the Court finds that the Settlement Agreement's terms are fair and reasonable.  *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that

---

[1] This motion has been referred to this Court for a decision and order pursuant to 28 U.S.C. § 636(c). *See* Consent to Magistrate Judge Disposition on Motion, Docket Entry ("DE") [23].

a district court scrutinize an FLSA settlement agreement to determine that it is fair and reasonable). The Court further notes that Plaintiff Jocelyn Rodriquez Pena has elected to voluntarily withdraw her claims due to her failure to participate in discovery. *See* Declaration of Jocelyn Rodriquez Pena, DE [24]. Accordingly, Plaintiffs' Motion is granted, and the Settlement Agreement is approved.

Dated:  Central Islip, New York  **SO ORDERED.**
June 2, 2023

/s/ Steven I. Locke
STEVEN I. LOCKE
United States Magistrate Judge